MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOHN H. HEMANN (CABN 165823)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: john.hemann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4-12-70753-MAG |
| Plaintiff, | STIPULATION AND ORDER CONTINUING THE PRELIMINARY HEARING/ARRAIGNMENT AND EXTENDING TIME PURSUANT TO FED. R. CRIM. P. 5.1 AND 18 U.S.C. § 3161(h) |
| v. | |
| CHANG PARK, | |
| Defendant. | |

The parties, by and through counsel, stipulate and agree as follows:

1. The time limits in Fed. R. Crim. P. 5.1(c) shall be extended to and until October 24, 2012.

2. Counsel for the United States and the defendant wish to exchange certain information, and to meet and confer prior to the time of Indictment to discuss a potential resolution of the case. Counsel for the defendant believes based on the charge alleged in the Complaint that it is in the best interest of the defendant to obtain further information, consult with the defendant, and meet with the government prior to Indictment; counsel for the government believes that it is in the interests of justice to do so. The parties agree that extending the time limits of Rule 5.1

STIPULATION AND ORDER
Case No. 4-12-70753-MAG

serves the ends of justice and outweighs the interests of the public and the defendant in a speedy trial, and that failing to extend the time limits would deny counsel for the government and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7).

3. The next court appearance in this case shall be October 24, 2012, at 9:30 am before the duty magistrate in Oakland, for preliminary hearing or indictment. The parties may seek further extension of the time limits in Rule 5.1(c) by stipulation.

SO STIPULATED AND AGREED,

DATED: September 24, 2012

MELINDA HAAG
United States Attorney

/s/
_____
JOHN H. HEMANN
Assistant United States Attorney

DATED: September 24, 2012

/s/
_____
GARRICK LEW
Counsel for Chang Park

### ORDER

Pursuant to stipulation, Fed. R. Crim. P. 5.1, and 18 U.S.C. § 3161(h)(7), the Preliminary Hearing/Arraignment previously scheduled on September 25, 2012 at 9:30 a.m. before Magistrate Judge Donna M. Ryu has been continued to October 24, 2012 at 9:30 a.m. before Magistrate Judge Kandis A. Westmore.

IT IS SO ORDERED.

DATED: 9/24/12

_____
DONNA M. RYU
United States Magistrate Judge

STIPULATION AND ORDER
Case No. 4-12-70753-MAG