1  GARRICK S. LEW (SBN 61889)
   Law Offices of Garrick S. Lew
2  1000 Brannan Street, Suite 488
   San Francisco, CA 94103-4888
3  Telephone: (415) 575-3588
   Facsimile:   (415) 522-1506
4  gsl@defendergroup.com

5  Attorney for Defendant
   CHANG PARK

6

7

8                   UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11

12  UNITED STATES OF AMERICA,           )   CR 4-12-70753 MAG
                                        )
13           Plaintiff,                 )   STIPULATION AND [Proposed]
                                        )   ORDER CONTINUING THE
14     vs.                              )   PRELIMINARY HEARING/
                                        )   ARRAIGNMENT AND EXTENDING
15  CHANG PARK,                         )   TIME PURSUANT TO FED. R.CRIM.
                                        )   P. 5.1 AND 18 U.S.C. §3161 (H)
16           Defendant.                 )
                                        )
17

18     The parties, by and through counsel, stipulate and agree as follows:

19     1. The time limits in Fed. R. Crim. P. 5.1(c) shall be extended to and until November 13,

20  2012.

21     2. Counsel for the United States and the defendant are in the process of exchanging certain

22  information, and have continued to meet and confer prior to proceeding to Indictment to discuss a

23  possible resolution of the case.  Counsel for the defendant believes based on the charge alleged in

24  the Complaint that it is in the best interest of the defendant to obtain further information, consult

25  with the defendant, and continue to meet with the government prior to Indictment to discuss

26  settlement; counsel for the government believes that it is in the interests of justice to do so. The

27  parties agree that extending the time limits of Rule 5.1 serves the ends of justice and outweighs

28

*United States v. Park* CR 04-12-70753 MAG
Stipulation to Continue, Proposed Order            1

the interests of the public and the defendant in a speedy trial, and that failing to extend the time limits would deny counsel for the government and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7).

3. The next court appearance in this case shall be November 13, 2012, at 9:30 a.m. before the duty magistrate in Oakland, for preliminary hearing or indictment. The parties may seek further extension of the time limits in Rule 5.1(c) by stipulation.

SO STIPULATED AND AGREED,

DATED: October 22, 2012            MELINDA HAAG
                                   United States Attorney

                                   /s/
                                   _____
                                   JOHN H. HEMANN
                                   Assistant United States Attorney


                                   /s/
DATED: October 22, 2012            _____
                                   GARRICK S. LEW
                                   Counsel for Chang Park

**ORDER**

Pursuant to stipulation, Fed. R. Crim. P. 5.1, and 18 U.S.C. § 3161(h)(7), the Preliminary Hearing/Arraignment previously scheduled on October 24, 2012 at 9:30 a.m. is continued to November 13, 2012 at 9:30 a.m. before the duty Magistrate.

IT IS SO ORDERED.


DATED: 10/23/12                    _____
                                   KANDIS A. WESTMORE
                                   United States Magistrate Judge