GARRICK S. LEW (State Bar No. 61889)
Law Offices of Garrick S. Lew & Associates
1000 Brannan Street, Suite 488
San Francisco, CA 94103
Telephone: (415) 575-3588
Facsimile: (415) 522-1506
gsl@defendergroup.com

Attorney for Defendant Chang Park

FILED

JAN 23 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHANG PARK,

    Defendant.

Case No. CR-12-70753-MAG

STIPULATION FOR TRAVEL ORDER
and [~~PROPOSED~~] TRAVEL ORDER

Defendant Park was granted pretrial release on a $250,000 bond secured by a $100,000 cash deposit signed by both of his parents. His travel is restricted within the state of California.

Mr. Park is a Director of Teviot Resources Pty Ltd. an Australian resource company involved in global commodity trading. Teviot has business meetings scheduled in Seoul, Korea and Hong Kong during the last week of January continuing through February 20, 2013. Mr. Park's attendance at these meetings is essential to pending business opportunities which Teviot is in tentative contracts to secure.

Mr. Park has provided pretrial services and government counsel with information regarding Teviot, the purpose of the proposed business trip and his travel itinerary. Neither the government or pretrial services objects to the proposed travel.

Defendant requests permission of the court to travel to Seoul, Korea or about January 29, 2013, then to Hong Kong on January 30, 2013, then back to Seoul, Korea on February 1, 2013 where he will stay until returning to Los Angeles, California on February 20, 2013. The multiple stops in route to Korea is due to the airfare pricing. Prior to departure defendant will provide his pretrial services officer

and government counsel with a copy of his proposed travel schedule, hotel reservations and his grandmother's residence and phone number where he will reside while in Seoul, Korea and his airline reservations and prepaid return ticket.

THE PARTIES HEREBY STIPULATE AND AGREE that defendant CHANG PARK be granted permission to travel internationally outside the Northern District of California to Hong Kong and Seoul, Korea for business, from January 29, 2013 through February 20, 2013.

Dated: January 17, 2013

Garrick Lew
Attorney for Defendant CHANG PARK

Dated: January 22, 2013

/s/
_____
John Hemann
United States Attorney

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-12-70753-MAG |
| Plaintiff, | [PROPOSED] TRAVEL ORDER |
| vs. | |
| CHANG PARK, | |
| Defendant. | |

Good cause appearing and pursuant to the parties stipulation;

IT IS HEREBY ORDERED that defendant CHANG PARK be permitted to travel to Hong Kong and Seoul, Korea for business, from January 29, 2013 through February 20, 2013.

IT IS FURTHER ORDERED that prior to departing the United States pretrial services release defendant's passport to defendant and that defendant provide government counsel and his pretrial services officer with copies of his travel schedule, hotel reservations in Hong Kong and Seoul, Korea, his grandmother's residence and phone number in Seoul, Korea, where defendant shall stay, and his airline reservations and prepaid return ticket and that defendant surrender his passport back to Pretrial Services within 2 business days of his return to the United States.

DATED: 1/22/13

Honorable Donna Ryu
United States Magistrate Judge

*United States v. Park Chang, No. CR12-70753-MAG*
[Proposed] Travel Order     3