2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,            )     Case No. CR-12-70753-MAG
                                          )
12                  Plaintiff,            )
                                          )     EXTENDED TRAVEL ORDER
13        vs.                             )
                                          )
14   CHANG PARK,                          )
                                          )
15                  Defendant.            )
                                          )
16   _____    )

17        Good cause appearing and pursuant to the parties stipulation;

18        IT IS HEREBY ORDERED that defendant CHANG PARK be permitted to extend his business

19   travel to Seoul, Korea through June 25, 2013.

20        IT IS FURTHER ORDERED that defendant surrender his passport back to Pretrial Services

21   within 2 business days of his return to the United States.

22

23   DATED: __6/20/13_____

24                                        _____
                                          Honorable Kandis W. Westmore
25                                        United States Magistrate Judge

26

27

28

                                                                                            3